# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN SHANKLIN, | Case No.: 2:18-cv-01538-JCM-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, | |
| Defendant(s). | |

The parties have agreed to submit this matter to binding arbitration. Docket No. 8. The stipulation for doing so shall be filed by October 22, 2018.

IT IS SO ORDERED.

Dated: October 15, 2018

Nancy J. Koppe  
United States Magistrate Judge